## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Sharron A. Skaggs and<br>Tommy Skaggs<br><br>Debtor(s) | Case No.:14−34607−thf<br><br>Chapter: 13<br>Judge: Thomas H. Fulton |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court to continue hearing held on January 13, 2016 on Motion by Chapter 13 Trustee to Set Status Hearing Regarding NEED TO ADDRESS CLAIM 5 FIFTH THIRD. Filed by Trustee William W. Lawrence −13. (Lawrence −13, William)30 , so ORDERED by /s/ Judge Fulton. Status hearing to be held on 3/16/2016 at 09:00 AM (Eastern Time) at Courtroom #3, 5th Fl. (6th St. Elevators), 601 West Broadway, Louisville, KY 40202. (Gudgel, A)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 1/13/16

By: ame
Deputy Clerk

FOR THE COURT
Diane S. Robl
Clerk, U.S. Bankruptcy Court